**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 05-6595

———————

MICHAEL DAVID WOLFE,

Petitioner - Appellant,

versus

AL HAYNES, Warden,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.  Irene M. Keeley, Chief
District Judge.  (CA-04-17-1)

———————

Submitted:  November 22, 2005            Decided:  December 2, 2005

———————

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael David Wolfe, Appellant Pro Se.  Daniel W. Dickinson, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael D. Wolfe, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wolfe v. Haynes, No. CA-04-17-1 (N.D.W. Va. Mar. 31, 2005). We grant Wolfe's motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED